1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JANE DOE,

                Plaintiff,

        vs.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

             Defendants.

NO.  C26-80RSL

MINUTE ORDER

    The following Minute Order is made and entered on the docket at the direction of the

HONORABLE ROBERT S.  LASNIK, UNITED STATES DISTRICT JUDGE:

    Judge Lasnik recuses himself in the above entitled action and this case is reassigned in

rotation to the Honorable John H. Chun.  The cause number in this case is changed to

**C26-80JHC,** which reflects the initials of the Judge to which this case was reassigned.

    DATED this 13th day of January, 2026.

*s/Victoria Ericksen*
by Victoria Ericksen, Deputy Clerk
To Robert S. Lasnik, Judge

MINUTE ORDER