**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | | |
|---|---|---|
| JANE DOE, on behalf of herself,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Homeland Security, *et al*.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL No. 2:26-cv-00080-JHC<br><br>ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS UNTIL COURT RULES ON MOTION TO PROCEED UNDER PSEUDONYM<br><br>Noted on Motion Calendar:<br>October 14, 2026 |

THIS CAUSE is before the Court on the parties' Joint Motion to Stay Discovery [Dkt. No. 16]. The parties request that the Court stay this matter and all pending deadlines until after the Court decides Plaintiff's Motion to Proceed Under Pseudonym. The Court finds good cause for the parties' request.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The parties' Joint Motion to Stay Proceedings is GRANTED.

2. This matter and all pending deadlines, including Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint in this case, are STAYED pending further order of the Court.

3. The Parties must meet and confer within ten (10) days after the Court enters its decision on Plaintiff's Motion to Proceed Under Pseudonym, to determine how next to proceed based on the Court's decision; and

4. Defendant must answer or otherwise respond to Plaintiff's Complaint no more than 60 days after the Parties meet and confer, as described above, or after Plaintiff amends her Complaint, whichever is later.

DATED: October 14, 2026.

John H. Chun
United States District Judge