**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JANE DOE,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Case No. 2:26-cv-00080-JHC

**ORDER**

This matter comes before the Court on Plaintiff's Motion to Proceed Under Pseudonym, for Protective Order, and to Maintain Plaintiff's Identity. Dkt. ## 9, 15. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court GRANTS the motion in part and DENIES it in part. The Court ORDERS as follows:

1. **Pseudonym.** Plaintiff may prosecute this action as "Jane Doe" in all pleadings, filings, hearings, and orders.

2. **Doe PII defined.** "Doe PII" means Plaintiff's true legal name, alien registration ("A") number, naturalization certificate number, date of birth, residential address, signature, and any other information that identifies or tends to identify Plaintiff, including household

information that identifies or tends to identify Plaintiff. It does not include generic, nonidentifying allegations, public docket text, or legal theories.

3. **Disclosure of Doe Identity.** Because the Court agrees in large part with Defendants' application of the *Advanced Textile* factors, Dkt. # 15—particularly with respect to prejudice—Plaintiff may not conceal her identity from Defendants. But Defendants must keep confidential Plaintiff's identity and PII and may not disclose any such information to a third party without leave of Court.

4. **Additional Provisions.** If either side seeks any modifications, additional protections, or procedures with respect to this ruling, counsel must first meet and confer to determine whether they can present a stipulated motion to the Court

DATED this 21st day of October, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge