THE HONORABLE JOHN H. CHUN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JANE DOE,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Case No. 2:26-cv-00080-JHC

**JOINT STIPULATED MOTION TO STAY PROCEEDINGS**

NOTE ON MOTION CALENDAR:
October 30, 2026

Plaintiff Jane Doe and Defendants jointly request a 30-day stay of proceedings and an order setting the deadline for Defendants to answer or otherwise respond to the Complaint no sooner than 60 days from the date of Plaintiff's disclosure of her identity. The parties submit this stipulated motion under LCR 7(d)(1) and LCR 10(g).

The Court previously stayed proceedings and established a schedule for Defendants' response to the Complaint. Order Granting Joint Motion to Stay (Dkt. 19). On October 21, 2026, the Court granted in part and denied in part Plaintiff's motion to proceed under pseudonym and directed counsel to meet and confer before requesting modifications, additional protections, or procedures. Order on Pseudonym and Protective Relief ¶ 4 (Dkt. 20).

On October 29, 2026, Plaintiff's counsel Jay Gairson and Defendants' counsel J. Max Weintraub conferred by telephone regarding protective terms and the next steps in this action. A


Gairson Law, LLC
4606 Martin Luther King Jr Way S
Seattle, Washington 98108
(206) 357-4218 / jay@gairson.com

short stay would allow the parties to continue those discussions and may narrow the matters requiring the Court's attention. The parties therefore stipulate and request that the Court enter the following terms:

1. Proceedings, including Plaintiff's obligation to disclose her identity under the October 21, 2026 Order (Dkt. 20), are stayed for 30 days from entry of this Order while the parties confer regarding protective terms and Plaintiff considers her procedural options. Plaintiff's declaration filed at Dkt. 17 shall remain restricted to the Court.
2. If Plaintiff discloses her identity to Defendants under procedures authorized by the Court, Defendants shall answer or otherwise respond to the Complaint no sooner than 60 days after that disclosure.
3. Before the stay expires, the parties shall submit a joint status report identifying any agreed protective terms and any issues requiring resolution.

Respectfully submitted this 1st day of November 2026.

I certify that this memorandum contains 294 words, in compliance with the Local Civil Rules.

/s/ Jay Gairson
Jay Gairson, WSBA No. 43365
GAIRSON LAW, LLC
4606 Martin Luther King Jr. Way S
Seattle, Washington 98108
Telephone: (206) 357-4218
Email: jay@gairson.com

Attorney for Plaintiff Jane Doe

/s/ J. Max Weintraub
J. Max Weintraub, VSB No. 36188
Senior Litigation Counsel
Denaturalization Unit
Office of Immigration Litigation
Civil Division
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7551
Email: jacob.weintraub@usdoj.gov

Attorney for Defendants