**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JANE DOE,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Case No. 2:26-cv-00080-JHC

**ORDER GRANTING JOINT STIPULATED MOTION TO STAY PROCEEDINGS**

The Court, having considered the parties' Joint Stipulated Motion to Stay Proceedings, Dkt. # 21, and finding good cause, GRANTS the motion and ORDERS as follows:

1. Proceedings, including Plaintiff's obligation to disclose her identity under the October 21, 2026 Order (Dkt. 20), are stayed for 30 days from entry of this Order while the parties confer regarding protective terms and Plaintiff considers her procedural options. Plaintiff's declaration filed at Dkt. # 17 shall remain restricted to the Court.
2. If Plaintiff discloses her identity to Defendants under procedures authorized by the Court, Defendants shall answer or otherwise respond to the Complaint no sooner than 60 days after that disclosure.
3. Before the stay expires, the parties shall submit a joint status report identifying any agreed protective terms and any issues requiring resolution.

//

IT IS SO ORDERED.

DATED this 2nd day of November, 2026.

JOHN H. CHUN
United States District Judge